# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-919; 3D20-920
Lower Tribunal No. 17-20589

_____

**The Strems Law Firm, P.A.,
and Yoel Guerra, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

Appeals from non-final orders from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Giasi Law, P.A., Melissa A. Giasi and Erin M. Berger (Tampa), for appellant, The Strems Law Firm, P.A.; The Property Advocates, P.A., Samuel C. Gold and Cecile S. Mendizabal, for appellants, Yoel Guerra, Ketty Evelyn Boza and Ihosvany Almore.

Cole, Scott & Kissane, P.A., and Mark D. Tinker (Tampa), for appellee.


Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Curbelo v. Ullman</u>, 571 So. 2d 443, 444 (Fla. 1990) ("Rule 1.540 was intended to provide relief from judgments, decrees or orders under a limited set of circumstances. This rule was not intended to serve as a substitute . . . for appellate review of judicial error." (internal quotation omitted)); <u>see also</u> <u>Moakley v. Smallwood</u>, 826 So. 2d 221, 226 (Fla. 2002) ("[A] trial court possesses the inherent authority to impose attorneys' fees against an attorney for bad faith conduct."); <u>Commonwealth Fed. Sav. & Loan Ass'n v. Tubero</u>, 569 So. 2d 1271, 1273 (Fla. 1990) (reaffirming that a trial judge has the "discretion to order dismissal or default for failure to comply with discovery requirements").